Alan STUART *v.* STATE of Arkansas

CR 77-201                                        563 S.W. 2d 398

Opinion delivered March 6, 1978
(Division II)
[Rehearing denied April 17, 1978.]

Appellant, Pro Se.

Bill Clinton, Atty. Gen., by: *Jesse L. Kearney*, Asst. Atty. Gen., for appellee.

CONLEY BYRD, Justice. Appellant Alan Stuart was found guilty of operating an overloaded vehicle carrying water drilling equipment in violation of Ark. Stat. Ann. § 75-801(a) (Supp. 1977). Subsection (b) of that statute provides:

"The provisions of this article governing size, weight, and load shall not apply to fire apparatus, road machinery, or to implements of husbandry, including farm tractors, temporarily moved upon a highway, or to a vehicle operated under the terms of a special permit issued as herein provided."

For reversal appellant contends that the trial court erred in failing to recognize that Ark. Stat. Ann. § 75-107 (Repl. 1957) and Ark. Stat. Ann. § 75-108 (Repl. 1957), exempt self contained well-boring rigs from all other statutes. We find no merit to these contentions. Ark. Stat. Ann. § 75-801, *supra,* as subsequently amended, was enacted pursuant to Acts 1937, No. 300 which was "An Act regulating Traffic On Highways and Defining Certain Crimes in the Use and Operation of Vehicles. . . ." That Act contained its own definitions of the words and phrases used in the Act which are now codified in Ark. Stat. Ann. § 75-402 (Repl. 1957). The exemptions upon which appellant relies are exemptions to the Vehicle Registration and Licensing Act, Acts 1949, No. 142 — *i.e.* the exemptions are set out in Ark. Stat. Ann. § 75-107 and Ark. Stat. Ann. § 75-108, are not applicable to the weight provisions contained in Ark. Stat. Ann. § 75-801, *supra.*

Furthermore, appellant is not entitled to have his well drilling rig exempted as an "implement of husbandry" pursuant to subsection (b) of Ark. Stat. Ann. § 75-801, *supra.* The term "husbandry" is ordinarily applied to matters involving

agriculture. See *Sproles* v. *Binford*, 286 U.S. 374, 52 S. Ct. 581, 76 L. Ed. 1167 (1932).

Affirmed.

We agree: HARRIS, C.J., and FOGLEMAN and HOLT, JJ.